AO 91 (Rev. 11/11) Criminal Complaint

| | | |
|---|---|---|
| AUSA: | Sara Woodward | Telephone: (313) 226-9100 |
| Special Agent: | Adam Christensen | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Sean Antony Stark

Case No.

Case: 2:24−mj−30491
Assigned To : Unassigned
Assign. Date : 11/14/2024
Description: RE: SEAN ANTHONY STARK (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 2023 to August 2024__ in the county of __Monroe__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) & (e) | Sexual Exploitation of Children |
| 18 U.S.C. § 2252A(a)(2) | Receipt of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |
| 18 U.S.C. § 2422(b) | Coercion and Enticement of a Minor |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Adam Christensen, Special Agent (FBI)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __November 14, 2024__

_Judge's signature_

City and state: __Detroit, Michigan__   Hon. David R. Grand, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

1. I, Adam Christensen, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

## Introduction and Agent Background

2. I have been employed as a Special Agent of the FBI since 2010 and am currently assigned to the Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to child exploitation and child pornography. I have gained experience through training and everyday work relating to conducting investigations. To date, I have either conducted or participated in over 100 child-exploitation investigations. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request an arrest warrant.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for **Sean Antony Stark** for violations of 18 U.S.C. §§ 2251(a) and (e) (sexual exploitation of children), 2252A(a)(2)(A) (receipt of child pornography), 2252A(a)(5)(B) (possession of child pornography), and 2422(b) (coercion and enticement of minors).

4. The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training and background as a Special Agent.

5. This affidavit is submitted for the limited purpose of securing an arrest warrant. I have not included every fact I know about this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that **Stark** has violated 18 U.S.C. §§ 2251(a) & (e), 2252A(a)(2)(A), 2252A(a)(5)(B), and 2422(b).

## Probable Cause

6. On August 11, 2024, an anonymous individual provided information to the FBI that a Roblox user had been coercing minors on that platform to go to other accounts, including Discord account "jakebarns.", in order to get the minors to send nude images of themselves. The information provided included a phone number of XXX-XXX-7290 and an email address of jakebarnsXXXX@gmail.com.

7. These identifiers were queried for potentially related CyberTips

through the National Center for Missing and Exploited Children (NCMEC), which receives tips from electronic service providers about suspected child sexually exploitative activities on those providers' platforms. On August 14, 2024, NCMEC provided information that there were two related CyberTips for the use of username jakebarns. Both of these were from Roblox and concerned similarly named accounts, Masterofslts20 and Masterfoslts22, who had provided the username jakebarns6399 on "Snappy", believed to be Snapchat. Both of these reports showed that the user had used an IP address ending in 182 as a recent login.

8. Further requests to NCMEC for related CyberTip reports located an additional 18 reports for similarly named accounts involved in the coercion and enticement of minors on the platform. These accounts included Masterofslts2 (two reports), Masterofslts4, masterofslts6, Masterofslts9 (two reports), Masterofslts10, Masterofslts13, Masterofslts14, Masterofslts18, Masteroftoys29, Masteroftoys32, Masteroftoys33, masteroftoys35, Masteroftoys39, Masteroftoys38 (two reports) and Masteroftoys40. The CyberTip report for Masterofslts4 also indicated that it was related to another account, UltimatePharoh, on

3

Roblox as well. All of these CyberTip reports showed the user of these accounts engaged in sexual talk with minors and often encouraged them to go to other platforms, specifically Discord and Snapchat, in order to continue the conversations and potentially obtain sexual images of the minors.

9.      A NCMEC CyberTip report about an incident on February 25, 2023, involving username Masterofslts4, showed that this user had many conversations that Roblox considered to be grooming of minors and provided some examples, which included the following:

- Masterofslts4:  Hey my new toy
- Potential MV2:  shewwo
- Masterofslts4:  I saw u say ur young
- Masterofslts4:  How young?
- Potential MV2:  12
- Masterofslts4:  Mmm love that
- Potential MV2:  :3
- Masterofslts4:  (Pulls out gigantic
- Masterofslts4:  D)
- Potential MV2:  :0

4

- Masterofslts4: U look like u want it

- Potential MV2: yes

- Masterofslts4: Good just call me dad

- Potential MV2: yes dad :3

10. This report also detailed that the account Masterofslts4 had a blurb on their account providing an additional Roblox account and a Snapchat account, "Add Ultimatepharoh in case I lose this acc Snappy: Masterofsluts53 No spaces and no caps." The analyst for Roblox who made the report also provided information from the Roblox account UltimatePharoh which provided some announcements on groups that the user made, including, "ADD ultimatepharoha ON SNAPPY TO BE A COUPLE!! GIRLS ONLY!! WE CAN TRADE IF YOU WANT BUT WE DO NOT HAVE TO WE CAN JUST CHAT DO IT IF YOU WANT!!!!"

11. On September 12, 2024, Roblox provided subscriber information associated with all of the Masterofslts and Masteroftoys username variants, as well as username UltimatePharoh. The majority of the more recent accounts, Masterofslts10, Masterofslts13, Masterofslts14, Masterofslts18, Masterofslts20, Masterofslts22, Masteroftoys29,

5

Masteroftoys32, Masteroftoys33, masteroftoys35, Masteroftoys38, Masteroftoys40, and UltimatePharoh all had recent logins from the IP address ending in 182, the same IP address noted in multiple NCMEC CyberTip reports detailed above. Some of the older accounts, Masterofslts2, Masterofslts4, masterofslts6, Masterofslts9, Masterofslts10, and UltimatePharoh had most consistent prior logins from an IP address ending in 229.

12. On September 18, 2024, Snap provided subscriber information for Snapchat usernames jakebarns6399, masterofsluts53, and ultimatepharoha. The information from Snap showed that two of the accounts, jakebarns6399 and masterofsluts53, had been logged into using the IP Address ending in 182 from September 10, 2023, to August 22, 2024, the first IP address discussed above. Two of the accounts, masterofsluts53 and ultimatepharoh, had been logged into using the second IP address discussed above (ending in 229) on January 12, 2023, and on October 5, 2022, respectively.

13. Law enforcement sought subscriber information for the IP address ending in 182 and learned that the account was subscribed to a residence in Erie, Michigan.

6

14. Based in part on portions of the information provided above, a search warrant for the Snapchat accounts jakebarns6399, masterofsluts53, and ultimatepharoha was authorized in the Eastern District of Michigan on October 8, 2024, and served on Snapchat the same day. Snapchat provided responsive materials on October 22, 2024. Review of the materials from Snapchat confirmed that the user of these accounts conducted the same coercion of minors as previously discussed above on the Roblox accounts. These materials also show that the user successfully obtained nude images of minor females through these chats.

15. For instance, the account jakebarns6399 had a chat conversation with a potential minor victim (MV6) between March 17, 2024, and May 11, 2024. During the conversation, after jakebarns6399 says that he is 24 years old, on March 18, 2024, MV6 states that she is 12 years old, "Literally 12 Ik im very young." jakebarns6399 replied, "Younger than I thought but I love that." Starting on March 18, 2024, and going through March 20, 2024, a conversation between the users occurred in which jakebarns6399 asks, "Can I see some pics" and MV6 sends an image of close up on a minor female's exposed vagina. jakebarns6399

7

then says, "Mm fuck; Can I have more?" and MV6 eventually sends three images: (1) close up on her exposed vagina from another angle, (2) close up on her vagina covered by gray panties, and (3) bent over to show her buttocks in gray panties or shorts. jakebarns6399 then says, "Mm fuck; I wanna be inside u; Can I get a vid clip of u talking to me saying naughty things to daddy." After asking for images of MV6 sucking her fingers, which she provides, jakebarns6399 asks, "Could I also get another vid of u sucking finger but ur face in it and I want to see ur fingers in ur pussy play with it then suck on them showing full face."

16. The images sent by MV6 to jakebarns6399 meet the federal definition of child pornography if they are of MV6 and she is 12 years old as she states. I have reviewed these images and the minor female depicted appears to be in the age range of 12 years old. Subpoenas were issued for the telephone number and IP address associated with the Snapchat account of MV6. This led to the identification of MV6's mother, who was found via open-source investigation to have a Facebook account. Images of MV6 were found on this Facebook account which match the minor depicted in the photos provided to

jakebarns6399 above and there was an image indicating that MV6 turned 10 years old in 2023. Further, after MV6 stated that she was 12 years old, the user of jakebarns6399 continued to ask for sexually graphic images and videos which would be an attempt to sexually exploit a child and coercion and enticement of a minor.

17. Also included in the accounts, particularly the Snapchat account ultimatepharoha, were images of the users. One image sent by ultimatepharoha on August 16, 2022, showed the exposed penis and the face of an individual who appears to be **Sean Antony Stark**, based on a comparison with the driver's license photograph of **Sean Antony Stark**. In addition, the Snapchat account ultimatepharoha was associated with email address seanstarkXXX@gmail.com. A subpoena was served on Google requesting subscriber information for this account and the responsive materials showed that the user's name was listed as **Sean Stark** and the associated phone number was XXX-XXX-7290.

18. Based in part on the above information, law enforcement obtained federal search warrants for the residence and person of **Sean Stark** and executed them on November 13, 2024. **Stark** was present at the residence during the execution of the warrant and voluntarily agreed to

be interviewed after waiving his *Miranda* rights. **Stark** stated that his telephone number is XXX-XXX-7290 and that he believed his current phone was an Apple iPhone 14. The search located his phone charging in the bathroom, and it was an Apple iPhone 14 Pro. **Stark** initially provided a Snapchat username different than the ones listed above, but later agreed that he had used other Snapchat usernames, including jakebarns. **Stark** said he had used various accounts on Roblox in the name of Masterofslts or Masteroftoys to talk to others sexually, some of whom he knew were minors. He could not send or receive images on Roblox so he would continue the conversations on primarily Discord through his account jakebarns., although he would use Snapchat sometimes. There he would send nude images of himself and receive nude images of other users, including those that he knew to be minors. He would request specific sexual images from the other users, including of them touching their genitals sexually.

19. **Stark** voluntarily agreed to be further interviewed at the Federal building on the same day. **Stark** stated that he had been talking to over 100 people sexually but did not recall how many were minors. **Stark** said that he talked to both males and females and requested that

they send him images of their genitals, and he would send images of his genitals back to them. If they seemed comfortable, **Stark** would ask them to engage in sex acts, such as masturbation. **Stark** used multiple accounts on Snapchat to communicate sexually with others, including minors, to include jakebarns6399, masterofsluts53, slutqueen6399, and theunkown6399. The slutqueen6399 account was used to pretend to be a female, primarily to get nude images from males.

## Conclusion

20. Based on the foregoing, there is probable cause to believe that **Sean Antony Stark** has sexually exploited children in violation of 18 U.S.C. § 2251(a) & (e), received child pornography in violation of 18 U.S.C. § 2252A(a)(2), possessed child pornography in violation of 18 U.S.C. § 2252A(a)(5)(B), and coerced and enticed a minor in violation of 18 U.S.C. § 2422(b) and I respectfully request this Court issue a criminal complaint and arrest warrant for him.

Respectfully submitted,

_____
Adam Christensen, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
HON. DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

November 14, 2024